NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHONG H. ROYAL,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2010-3190

---

Petition for review of the Merit Systems Protection Board in case no. SF1221090670-W-1.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge.*

## ORDER

Chong H. Royal moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 8 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Chong H. Royal
     Devin A. Wolak, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 8 2010

**JAN HORBALY**
**CLERK**